1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    YONG S. IN,                              Case No. 1:18-cv-01267 AWI JLT

12                    Plaintiff,               **ORDER GRANTING AN EXTENSION OF
                                               TIME TO FILE THE RESPONSIVE**
13            v.                               **PLEADING**

14    BMW OF NORTH AMERICA, LLC; and
      DOES 1 through 10, inclusive,
15
                      Defendants.
16

17            BMW of North America, LLC filed a motion requesting an extension of time to respond

18    to the initial complaint due to the assignment to the lawyer handling the matter, just days before.

19    (Doc. 8) The plaintiff opposes the motion and argues that the action was wrongfully removed to

20    this Court and, given the number of lawyers working for the firm retained by the defendant, there

21    is little reason why the defendant cannot file the responsive pleading in a timely fashion. (Doc.

22    10)

23            The Court appreciates the plaintiff's concerns.  However, the Court is not permitted to

24    pre-judge the plaintiff's apparently forthcoming motion to remand.  In addition, except for the

25    annoyance suffered by the plaintiff's counsel, the plaintiff has described no prejudice would

26    result from the brief delay in filing the responsive pleading. Thus, good cause appearing, the

27    Court **ORDERS**:

28

1.     The time for the defendant to file its responsive pleading is extended to October 19, 2018.

**The Court does not contemplate extending the defendant any further time to file the responsive pleading.  The defendant is strongly urged to investigate the claims and file an appropriate responsive pleading as soon as possible.[1]**

IT IS SO ORDERED.

Dated:   **September 25, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] On the other hand, if the defendant lacks a good faith basis to believe this Court has diversity jurisdiction in this case, it SHALL act immediately to have the matter returned to state court.  Failure to do so will likely result in the imposition of sanctions.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 34695756.1